Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Barry Rosenthal*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BARRY ROSENTHAL,<br><br>Plaintiff,<br><br>v.<br><br>MEGHAN SWIDLER LLC and MEGHAN LILYAN SWIDLER,<br><br>Defendants. | CASE NO.: 2:26-cv-00299<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff BARRY ROSENTHAL by and through his undersigned counsel, brings this Complaint against Defendants MEGHAN SWIDLER LLC and MEGHAN LILYAN SWIDLER for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff BARRY ROSENTHAL ("Rosenthal") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Rosenthal's original copyrighted Work of authorship.

2.	Barry Rosenthal is a New York City–based fine art photographer, sculptor, and urban archaeologist whose work blends photography with environmental awareness. He created Photobotanicus and Lost in Nature series featuring meticulously arranged flora—ferns, twigs, berries—shot in natural settings like forests, fields, and beaches. His Found in Nature series highlights ocean plastic pollution: he collects debris from shores, categorizes it thematically, and photographs it as sculptural still lifes, prompting reflection on sustainability. Educated at the Dayton Art Institute and through the Apeiron Workshops, Rosenthal combines fine art and environmental storytelling. Rosenthal's work is included in the permanent collection of the Museum of Modern Art (MoMA) in New York—among other institutions—and he is an artist-in-residence at Chashama in Brooklyn. A committed advocate, Rosenthal speaks publicly about marine plastic waste, collaborates with NGOs, and exhibits globally—most notably featured in a solo exhibition at the Kingsborough Art Museum and in National Geographic.

3.	Defendant MEGHAN SWIDLER LLC ("Swidler LLC") is a company created by Meghan Swidler.  Swidler LLC offers one-on-one coaching programs, including The Reset, The Upgrade, and Heal From Within Detox Masterclass, as well as digital cleanses, including The Cleanse, The Colon Cleanse, and The Liver Cleanse.

4.	Defendant MEGHAN LILYAN SWIDLER ("Swidler") is the sole owner and operator of Swidler LLC and is a holistic health and detox coach who specializes in deep cellular cleansing, focusing on colon, liver, parasitic, mold, and heavy-metal detoxification. She's also an author, speaker, content creator, angel investor, and advisor within the health and wellness ecosystem. Swidler is the author of two wellness books—From Within and From Deep Within—which accompany her signature coaching packages and guide clients through gut health and detox strategies, and she publishes weekly articles on her Substack, The Detox, covering topics like lymphatic health, hormonal balance, non-toxic living, and the science behind cleansing methodologies. At all times relevant herein, Swidler owned and operated the

LinkedIn page "Meghan Swidler" located at the internet URL www.linkedin.com/in/meghanswidler (the "Swidler LinkedIn").

5. Defendants Swidler LLC and Swidler are collectively referred to herein as "Defendants".

6. Rosenthal alleges that Defendants copied Rosenthal's copyrighted Work from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9. Defendants are subject to personal jurisdiction in California.

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

11. Meghan Swidler LLC is a California Limited Liability Company, with its principal place of business at 1056 Amoroso Place, Venice, California, 90291-3944, and can be served by serving its Registered Agent, Meghan Lilyan Swidler, at the same address.

12. Meghan Lilyan Swidler is an individual residing in Venice, Los Angeles county, state of California, and can be served at 1056 Amoroso Place, Venice California, 90291-3944.

**THE COPYRIGHTED WORK AT ISSUE**

13. In 2013, Rosenthal created the photograph entitled "m_Barry Rosenthal©2012 Clear Plastic Cups," which is shown below and referred to herein as the "Work".



14. Rosenthal registered the Work with the Register of Copyrights on June 26, 2013. The Registration was assigned registration number VAu 1-147-279. The Certificate of Registration is attached hereto as **Exhibit 1**.

15. At all relevant times Rosenthal was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

16. Defendants have never been licensed to use the Work for any purpose.

17. On a date after the Work was created, but prior to the filing of this action, Defendants copied the Work.

18. On or about July 18, 2025, Rosenthal discovered the unauthorized use of his Work on the Swidler LinkedIn, in a post entitled "If you don't already know about forever chemicals, its about time you do."

19. Defendants copied Rosenthal's copyrighted Work without Rosenthal's permission.

20. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their holistic nutrition business.

21. Defendants copied and distributed Rosenthal's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

22. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

23. Rosenthal never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

24. Rosenthal notified Defendants of the allegations set forth herein on August 15, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

25. Rosenthal incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26. Rosenthal owns a valid copyright in the Work.

27. Rosenthal registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28. Defendants copied, displayed, and distributed the Work and made derivatives of the Work without Rosenthal's authorization in violation of 17 U.S.C. § 501.

29. Defendants performed the acts alleged in the course and scope of its business activities.

30. Defendants' acts were willful.

31. Rosenthal has been damaged.

32. The harm caused to Rosenthal has been irreparable.

WHEREFORE, the Plaintiff BARRY ROSENTHAL prays for judgment against the Defendants MEGHAN SWIDLER LLC and MEGHAN LILYAN SWIDLER that:

   a.   Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

   b.   Defendants be required to pay Rosenthal his actual damages and Defendants' profits attributable to the infringement, or, at Rosenthal's election, statutory damages, as provided in 17 U.S.C. § 504;

   c.   Defendants be required to pay Rosenthal his damages including lost sales and Defendants' profits as provided in 15 U.S.C. § 1125;

   d.   Rosenthal be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

   e.   Rosenthal be awarded pre- and post-judgment interest; and

   f.   Rosenthal be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Rosenthal hereby demands a trial by jury of all issues so triable.

DATED: January 12, 2026        Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Barry Rosenthal*